468 F.2d 623
 DEVCON INTERNATIONAL CORPORATION, formerly Zinke-Smith,
Inc., Plaintiff-Appellee,
v.
CHASE MANHATTAN BANK and H. J. Gray Corporation, Defendants,
George Feldman, as Trustee for Leasing Consultants
Incorporated, Bankrupt, Defendants-Appellants.
 No. 72-2627 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 7, 1972.
 
 John L. Britton, Miami, Fla., Hahn, Hessen, Margolis & Ryan, New York City, for defendants-appellants.
 Aaron S. Podhurst, Robert Orseck, Miami, Fla., for plaintiff-appellee.
 Robert F. Travia, New York City, William Phillips, Miami, Fla., for Chase Manhattan Bank.
 Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.
 
 BY THE COURT:
 Ordered:
 
 1
 The appeal is dismissed as not being taken from a final judgment, 28 U.S.C., Sec. 1291, nor an appealable interlocutory decision, 28 U.S.C., Sec. 1292.
 
 
 2
 Appeal dismissed.
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I